UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2418-BEN |
| Plaintiff, | ) ) | |
| v. | ) ) ) | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| CLAUDIA LIZETTE ROBLES-AVILEZ, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for January 7, 2008 at 9 a.m. be continued until February 4, 2008 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: December 3, 2007

_____
Hon. Roger T. Benitez
United States District Judge